| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 4019523 | **DATE** 01/10/2022 |
|---|---|---|---|---|
| **NAME** STRAYHORN, Camryn | **OFFICER** Jennifer E. Paskiewicz | **JUDGE** Laurie J. Michelson | | **DOCKET #** 21-CR-20298-01 |

| ORIGINAL SENTENCE DATE 11/29/2018 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 24 | PHOTO |
|---|---|---|---|---|
| COMMENCED 04/22/2021 | | | | |
| EXPIRATION 04/21/2024 | | | | |
| ASST. U.S. ATTORNEY Lisandra Fernandez-Silber | DEFENSE ATTORNEY To Be Determined | | | |
| REPORT PURPOSE **TO ISSUE A WARRANT** | | | | |
| ORIGINAL OFFENSE Count 1: 18 U.S.C. § 1951(a), Robbery | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 48 months, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Jane Magnus-Stinson, Southern District of Indiana. Jurisdiction accepted by the Honorable Laurie J. Michelson on May 4, 2021.

**ORIGINAL SPECIAL CONDITIONS**

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.
2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.
4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.
5. You shall answer truthfully the inquiries of the probation officer, subject to your 5th Amendment privilege.
6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4019523 | DATE 01/10/2022 |
|---|---|---|---|---|
| NAME STRAYHORN, Camryn | OFFICER Jennifer E. Paskiewicz | JUDGE Laurie J. Michelson | | DOCKET # 21-CR-20298-01 |

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned changed in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.
8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.
9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.
10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.
11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.
12. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.
13. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.
14. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.
15. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.
16. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Criminal Monetary Penalties: Special Assessment $100.00 (paid); Restitution $880.00 (balance $830.00).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4019523 | DATE 01/10/2022 |
|---|---|---|---|---|
| **NAME** STRAYHORN, Camryn | | **OFFICER** Jennifer E. Paskiewicz | **JUDGE** Laurie J. Michelson | **DOCKET #** 21-CR-20298-01 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 4:** "YOU SHALL NOT KNOWINGLY LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER."<br><br>On December 13, 2021, this officer received a phone call indicating STRAYHORN had purchased a bus ticket from Detroit, Michigan, going to Indianapolis, Indiana, this same date. The individual reporting this information provided verification of the ticket purchased. STRAYHORN did not have permission from this officer to leave the Eastern District of Michigan. It is noted that on December 25, 2021, this officer received email notification through Access to Law Enforcement Systems from Indianapolis (Indiana) Metropolitan Police Department. Follow up revealed no new criminal activity with that department; however, it is further verification STRAYHORN left the district without this writer's permission. As of the date of this report, his whereabouts are unknown. |
| 2 | **Violation of Standard Condition No. 2:** "YOU SHALL REPORT TO THE PROBATION OFFICER IN A MANNER AND FREQUENCY DIRECTED BY THE COURT OR PROBATION OFFICER."<br><br>In response to the above, this officer contacted STRAYHORN via phone on December 13, 2021, and asked where he was. He indicated he was in Detroit, Michigan, and had not left the district. This officer directed STRAYHORN to report to this writer's office at 9:00 a.m. on December 14, 2021. He advised he would be there. He failed to show as directed. |
| 3 | **Violation of Standard Condition No. 11:** "YOU SHALL MAKE A GOOD FAITH EFFORT TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER NECESSARY TO ENSURE COMPLIANCE WITH THE CONDITIONS OF SUPERVISION."<br><br>As stated above, STRAYHORN failed to follow this officer's direction to report to the office on December 14, 2021. He also failed to follow this officer's directive to contact this officer by phone on December 14, 2021, and December 15, 2021. |
| 4 | **Violation of Special Condition:** "YOU SHALL MAINTAIN LAWFUL FULL TIME EMPLOYMENT, UNLESS EXCUSED BY THE PROBATION OFFICER FOR SCHOOLING, VOCATIONAL TRAINING, OR OTHER REASONS THAT PREVENT LAWFUL EMPLOYMENT."<br><br>STRAYHORN has been unemployed since September 2021 and has not found another job despite this officer's directives to do so. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4019523 | DATE 01/10/2022 |
|---|---|---|---|---|
| NAME STRAYHORN, Camryn | | OFFICER Jennifer E. Paskiewicz | JUDGE Laurie J. Michelson | DOCKET # 21-CR-20298-01 |

| 5 | **Violation of Mandatory Condition:** "YOU MUST MAKE RESTITUTION IN ACCORDANCE WITH 18 U.S.C. §§ 3663 AND 3663A OR ANY OTHER STATUTE AUTHORIZING A SENTENCE OF RESTITUTION." <br><br> STRAYHORN has failed to make a restitution payment since December 9, 2020. |
|---|---|
| 6 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT." <br><br> On November 8, 2021, STRAYHORN submitted to a urinalysis, which returned with positive results for marijuana.  He admitted to using the substance three days prior to the test. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** <br> s/Jennifer E. Paskiewicz/slg <br> 313-234-5552 | DISTRIBUTION <br><br> Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** <br> s/Steven M. Ely <br> 313 234-5583 | PROBATION ROUTING <br><br> Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant

[  ]   Other


                         s/Laurie J. Michelson
                         United States District Judge

                         1/10/2022
                         Date